

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2019

No. 04-19-00272-CV

**IN RE** Maria Elena **JIMENEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Beth Watkins, Justice

On April 30, 2019, relator filed a petition for writ of mandamus and a motion for emergency stay pending final resolution of the petition for writ of mandamus.

Relator's request for a stay is GRANTED IN PART and DENIED IN PART. The temporary orders issued by the trial court on April 29, 2019 in Cause No. 2018CI08125 are STAYED pending final resolution of the petition filed in this court. Temporary managing conservatorship, temporary child support, counseling, and supervised visits with the father shall be in accordance with the temporary orders issued by the trial court on April 17, 2019. The request to stay the hearing set for May 16, 2019 is DENIED.

Relator is ORDERED to file the reporter's records from the relevant hearings no later than May 31, 2019.

It is so **ORDERED** on May 8, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI08125, styled *In the Interest of E.J., E.J., J.J., and J.J., Minor Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.